IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 9 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| J. RAUL RODRIGUEZ, M.D.<br>and JUAN I. RODRIGUEZ, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL OFFICE BUILDINGS OF<br>TEXAS, L.P., LINCOLN HARRIS, L.L.C.<br>and COLUMBIA VALLEY REGIONAL<br>MEDICAL CENTER,<br><br>Defendants. | § § § § § § § § § § § § § § § § CIVIL ACTION NO. B-02-157 |

## LINCOLN HARRIS, L.L.C.'S
## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Pursuant to Paragraph 3 of the Order for Conference and Disclosure of Interested Parties filed on August 14, 2002, Lincoln Harris, L.L.C. states that other than the below-named entities (or their affiliates, as described below), it is not aware of any parties that may be financially interested in this litigation:

        Lincoln Harris, L.L.C., an affiliate of the group of
        companies sometimes collectively referred to as
        "Lincoln Property Company"

        J. Raul Rodriguez, M.D.

LINCOLN HARRIS, L.L.C.'S
CERTIFICATE OF FINANCIALLY INTERESTED PARTIES - Page 1

Juan I. Rodriguez, M.D.

Medical Office Buildings of Texas, L.P.

Columbia Valley Regional Medical Center

Respectfully submitted,

_____
A. Erin Dwyer
Attorney-in-Charge
State Bar No. 06302700

FIGARI DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (FAX)

ATTORNEYS FOR DEFENDANT
LINCOLN HARRIS, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2002, true and correct copies of the foregoing instrument were sent via certified mail, return receipt requested, to:

Mr. Ricardo M. Adobbati
134 E. Price Road
Brownsville, Texas 78521
 Attorney for Plaintiffs

Mr. Michael L. Hood
Haynes & Boone
901 Main Street, Suite 3100
Dallas, Texas 75202
 Attorney for Defendant Medical Office Buildings of Texas, L.P.

_____
A. Erin Dwyer