IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| J. RAUL RODRIGUEZ and JUAN I. RODRIGUEZ, M.D. | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-157 |
| MEDICAL OFFICE BUILDINGS OF TEXAS, L.P., LINCOLN HARRIS, L.L.C. and COLUMBIA VALLEY REGIONAL MEDICAL CENTER | § § § § § § | |
| Defendants. | § | |

## CERTIFICATE DISCLOSING INTERESTED PARTIES

Defendant Medical Office Buildings of Texas, L.P. ("Medcap") files this Certificate Disclosing Interested Parties and would represent as follows:

1.  Pursuant to the Court's Order for Conference and Disclosure of Interested Parties filed August 14, 2002, Counsel was ordered to file with the Clerk a Certificate listing persons, or entities that are financially interested in the outcome of this litigation (with publicly held companies underlined).

2.  Medcap discloses as follows:

    a.  Plaintiffs:

        i.   Jerry Raul Rodriguez, M.D.; and

        ii.  Juan I. Rodriguez, M.D.

    b.  Defendants:

        i.   MedCap: Medical Office Buildings of Texas, L.P. (Defendant), with general partner, MOB/GP of Texas, L.L.C. and limited partner MOB/LP of Texas LLC;

    ii.. Lincoln: Lincoln Harris L.L.C. (Defendant), whose parent company is believed to Lincoln Property Company; and

    iii. The Hospital: Columbia Valley Regional Medical Center (Defendant), also known as Brownsville-Valley Regional Medical Center, Inc. and/or Columbia Valley Healthcare System L.P., whose parent company is believed to be <u>HCA, the Healthcare Company</u>.

             Respectfully submitted,

             _____
             Michael L. Hood
             Texas State Bar No. 09943435
             Michael King
             Texas State Bar No. 24032634

             **HAYNES AND BOONE, L. L. P.**
             901 Main Street, Suite 3100
             Dallas, Texas 75202-3789
             Telephone: (214) 651-5000
             Facsimile: (214) 651-5940

             ATTORNEYS FOR MEDICAL OFFICE BUILDINGS
             OF TEXAS, L.P.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served on all counsel of record in accordance with the Federal Rules of Civil Procedure on the 3rd day of September, 2002.

Ricardo M. Adobbati, Esq.
Attorney & Counselor At Law
134 E. Price Road
Brownsville, Texas 78521

Thomas Sullivan, Esq.
Brin & Brin, P.C.
1325 Palm Boulevard, Suite A
Brownsville, Texas 78520

A. Erin Dwyer
Figari, Davenport & Graves
901 Main Street, Suite 3400
Dallas, Texas 75202

_____
Michael L. Hood