IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 17 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| J. RAUL RODRIGUEZ, M.D. AND JUAN I. RODRIGUEZ, M.D. § § § | |
| VS. § | CIVIL ACTION NO. B-02-157 |
| § | |
| MEDICAL OFFICE BUILDINGS OF TEXAS, L.P., LINCOLN HARRIS, L.L.C. AND COLUMBIA VALLEY REGIONAL MEDICAL CENTER § § § § | |

### DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER'S DISCLOSURES OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center and files this its Disclosures of Interested Parties.

Respectfully submitted,

By: _____
Thomas Sullivan
Attorney in Charge
Federal ID No. 1227
State Bar No. 19491800
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

ATTORNEYS FOR DEFENDANTS
BROWNSVILLE-VALLEY REGIONAL
MEDICAL CENTER, COLUMBIA VALLEY
HEALTHCARE SYSTEM, L.P. AND
VALLEY REGIONAL MEDICAL CENTER

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 16th day of September, 2002.

| | |
|---|---|
| Mr. Ricardo M. Adobatti<br>134 E. Price Road<br>Brownsville, Texas 78521 | **VIA CMRRR 7002 0460 0000 6426 1183** |
| Mr. Michael King<br>Haynes & Broone, L.L.P.<br>901 Main Street, Suite 3100<br>Dallas, Texas 75202-3789 | **VIA REGULAR MAIL** |
| Mr. A. Erin Dwyer<br>Figari, Davenport & Graves<br>3400 Bank of America Plaza<br>901 Main Street<br>Dallas, Texas 785202 | **VIA REGULAR MAIL** |

Thomas Sullivan

## DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER'S DISCLOSURES OF INTERESTED PARTIES

The name and, if known, the address and telephone number of each interested party to this lawsuit:

**RESPONSE:** J.Raul Rodriguez and Juan F. Rodriguez, M.D., 100-B E Alton Goor, Brownsville, Texas 78520, (956) 350-2300.

Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center, 100 A Alton Gloor Boulevard, Brownsville, Texas 78520, (956) 350-7000.

Lincoln Harris, L.L.C. c/o Lincoln Property Co. Commercial, Inc., 500 N. Akard, Suite 3300, Dallas, Texas 75201

Medical Office Buildings of Texas, L.P., address and phone number unknown. Registered agent: Corporation Service Co., 800 Brazos, Austin, Texas 78701.