# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

OCT 21 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| J. RAUL RODRIGUEZ AND § <br> JUAN I. RODRIGUEZ, M.D. § <br> § <br> VS. § <br> § <br> MEDICAL OFFICE BUILDINGS OF TEXAS, § <br> L.P. LINCOLN HARRIS, L.L.C. AND § <br> COLUMBIA VALLEY REGIONAL § <br> MEDICAL CENTER § | CIVIL ACTION NO. B-02-157 |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued by agreement of counsel as indicated below:**

TYPE OF PROCEEDING:

**HEARING ON PLAINTIFFS' MOTION FOR REMAND AND ATTORNEY'S FEES AND MOTION FOR LEAVE TO ADD ADDITIONAL PARTIES (DOCKET NO. 5)**

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** <br> **600 E. HARRISON STREET** <br> **BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |
| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
| **OCTOBER 15, 2002 AT 1:30 P.M.** | **OCTOBER 30, 2002 AT 1:30 P.M.** |

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 18, 2002

TO:     MR. RICARDO ADOBBATI
        MR. MICHAEL HOOD
        MR. MICHAEL KING
        MR. THOMAS SULLIVAN
        MR. A. ERIN DWYER