Case 1:02-cv-00157   Document 11   Filed in TXSD on 10/30/2002   United States District Court
Southern District of Texas
FILED

OCT 3 0 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON PLAINTIFFS' MOTION FOR REMAND AND ATTORNEY'S FEES AND MOTION FOR LEAVE TO ADD ADDITIONAL PARTIES

CIVIL ACTION NO. B-02-157

DATE & TIME: 10-30-02 AT 1:30 P.M.

J. RAUL RODRIGUEZ

PLAINTIFF(S) COUNSEL: RICARDO ADOBBATI

VS.

MEDICAL OFFICE BUILDINGS OF TEXAS, L. P. ET AL.

DEFENDANT(S) COUNSEL: MICHAEL HOOD
MICHAEL KING
THOMAS SULLIVAN
A. ERIN DWYER

---

ERO: Gabriel Menieta
CSO: Ruben Salinas

Attorneys Ricardo Adobbati, Michael Hood and Thomas Sullivan appeared.

Parties will agree on limited issues on Discovery.

Plaintiff will send Discovery to Lincoln-Harris. Counsel for Lincoln-Harris was not present at hearing.

Second hearing on this issue will be held in December, 2002.