# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

OCT 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| J. RAUL RODRIGUEZ AND | § | |
| JUAN I. RODRIGUEZ, M.D. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-157 |
| | § | |
| MEDICAL OFFICE BUILDINGS OF TEXAS, | § | |
| L.P. LINCOLN HARRIS, L.L.C. AND | § | |
| COLUMBIA VALLEY REGIONAL | § | |
| MEDICAL CENTER | § | |

TYPE OF CASE:      __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

**SECOND HEARING ON PLAINTIFFS' MOTION FOR REMAND AND ATTORNEY'S FEES AND MOTION FOR LEAVE TO ADD ADDITIONAL PARTIES (DOCKET NO. 5)**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**DECEMBER 13, 2002 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 30, 2002

TO:   MR. RICARDO ADOBBATI
      MR. MICHAEL HOOD
      MR. MICHAEL KING
      MR. THOMAS SULLIVAN
      MR. A. ERIN DWYER