# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

NOV 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| J. RAUL RODRIGUEZ AND § <br> JUAN I. RODRIGUEZ, M.D. § <br> § <br> VS. § <br> § <br> MEDICAL OFFICE BUILDINGS OF TEXAS, § <br> L.P. LINCOLN HARRIS, L.L.C. AND § <br> COLUMBIA VALLEY REGIONAL § <br> MEDICAL CENTER § | CIVIL ACTION NO. B-02-157 |

TYPE OF CASE:    __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that the INITIAL PRETRIAL CONFERENCE set for NOVEMBER 14, 2002 at 2:00 P.M. in this case has been **PASSED**.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   NOVEMBER 4, 2002

TO:     MR. RICARDO ADOBBATI
        MR. MICHAEL HOOD
        MR. MICHAEL KING
        MR. THOMAS SULLIVAN
        MR. A. ERIN DWYER