THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

DEC 1 3 2002

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-02-157            DATE & TIME:    12-13-02 AT 1:30 P.M.

J. RAUL RODRIGUEZ, M.D. AND          PLAINTIFF(S)    RICARDO ADOBBATI
JUAN I. RODRIGUEZ, M.D.              COUNSEL

VS.

MEDICAL OFFICE BUILDINGS OF          DEFENDANT(S)    MICHAEL HOOD
TEXAS, L.P. LINCOLN HARRIS, L.L.C.   COUNSEL         MICHAEL KING
AND COLUMBIA VALLEY REGIONAL                         THOMAS SULLIVAN
                                                     A. ERIN DWYER

---

ERO: Rita Nieto
CSO: Richard Harrelson

    Ricardo Adobbati appeared for Plaintiffs
    Michael King appeared for Medical Office Buildings
    Thomas Sullivan appeared for Columbia Valley Regional

    Counsel for Lincoln Harris did not appear.

    Medcap did not provide discovery until December 11, 2002, with restrictions of confidentiality to be signed by the plaintiff. Plaintiffs do not have possession of discovery as of this date. Medcap alleges that the Plaintiff sued the wrong Lincoln Harris Entity. Medcap's discovery only covers up to five tiers. Medcap argues that there is no authority requiring them to produce more. Plaintiff argues that the Carden case does not limit the number of tiers.

    Plaintiff to amend petition by December 20, 2002.
        Re: Lincoln Harris, L.L.C. and all subsidiaries.
        Re: Medcap discovery confidentiality agreement will be signed.

    Hearing on the Motion to Remand will be set for February 14, 2003 at 1:30 p.m.

    Medcap's discovery to be filed under seal.