15

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 13 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| J. RAUL RODRIGUEZ AND | § | |
| JUAN I. RODRIGUEZ, M.D. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-157 |
| | § | |
| MEDICAL OFFICE BUILDINGS OF TEXAS, | § | |
| L.P. LINCOLN HARRIS, L.L.C. AND | § | |
| COLUMBIA VALLEY REGIONAL | § | |
| MEDICAL CENTER | § | |

TYPE OF CASE:    __X__ CIVIL                                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON PLAINTIFFS' MOTION FOR REMAND**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**FEBRUARY 14, 2003 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   DECEMBER 13, 2002

TO:   MR. RICARDO ADOBBATI
      MR. MICHAEL HOOD
      MR. MICHAEL KING
      MR. THOMAS SULLIVAN
      MR. A. ERIN DWYER