IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 0 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| J. RAUL RODRIGUEZ and JUAN I. RODRIGUEZ, M.D. § § § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-157 |
| § | |
| MEDICAL OFFICE BUILDINGS OF TEXAS, L.P., LINCOLN HARRIS, L.L.C. and COLUMBIA VALLEY REGIONAL MEDICAL CENTER § § § § § | |
| Defendants. § | |

### AGREED ORDER WITHDRAWING NOTICE OF REMOVAL, WITHDRAWING MOTION FOR REMAND AND REMANDING CASE TO STATE COURT

ON THIS DAY CAME to be heard the request of Defendant Medical Office Buildings of Texas, L.P. ("Medcap") and Plaintiffs J. Raul Rodriguez and Juan I. Rodriguez, M.D. (the "Plaintiffs") to withdraw the Notice of Removal and the Motion to Remand and to remand this case to state court. The Court makes the following findings:

The Court finds that on or about July 10, 2002, Plaintiffs filed their Original Petition against Medcap, as well as Lincoln Harris, LLC ("Lincoln") and Columbia Valley Regional Medical Center ("Columbia"); that on or about August 13, 2002, Medcap filed its Notice of Removal (the "Notice of Removal"), thereby removing this case to federal court; that Plaintiffs filed their Motion for Remand and Attorney's Fees and Motion for Leave to Add Additional Parties on or about September 10, 2002 (the "Motion for Remand"); that a hearing was held on Plaintiffs' Motion for Remand on

October 30, 2002, that a continuation of the hearing was held on December 13, 2002, and that a further continuation of the hearing is scheduled for February 14, 2003; that on or about December 20, 2002, Plaintiffs filed their Amended Original Complaint; that in light of Plaintiff's Amended Original Complaint, Medcap seeks to withdraw its Notice of Removal; that in light of Medcap's withdrawal of its Notice of Removal, Plaintiffs no longer seek to pursue their Motion for Remand; that Plaintiffs and Medcap agree to the remand of this case to state court; and that the other Defendants Lincoln and Columbia do not object to the remand of this case to state court. It is therefore

ORDERED ADJUDGED AND DECREED that Medcap's Notice of Removal is hereby withdrawn; it is further

ORDERED that Plaintiffs' Motion for Remand is hereby withdrawn; it is further

ORDERED that this case is hereby remanded in its entirety to the District Court of Cameron County, Texas, 357th Judicial District. A certified copy of this order shall be mailed by the Clerk of this Court to the clerk of the 357th District Court of Cameron County, Texas, upon receipt of which that court may proceed with the action according to the laws and procedures that govern the courts of the State of Texas; and it is further.

ORDERED that the continuation of the hearing on Plaintiffs' Motion for Remand scheduled for February 14, 2003 is removed from the court's docket.

Signed this 10th day of Feb 2003.

_____
~~JOHN WILLIAM BLACK~~,
U.S. ~~MAGISTRATE~~ District JUDGE

**AGREED ORDER WITHDRAWING NOTICE OF REMOVAL, WITHDRAWING
MOTION FOR REMAND AND REMANDING CASE TO STATE COURT** PAGE 2
1091556.1

**AGREED:**

*[signature]*

Michael L. Hood, Esq.
State Bar No. 09943435
Fed. I.D. # 14753

HAYNES AND BOONE, L.L.P.
3100 Bank of America Plaza
901 Main Street
Dallas, Texas 75202-3714
Telephone: (214) 651-5000
Telecopier: (214) 651-5490

**ATTORNEYS FOR MEDICAL OFFICE
BUILDINGS OF TEXAS, L.P.**

Ricardo M. Adobbati, Esq.
State Bar No. 00790208
County I.D. # 442401
Fed. I.D. # 18158

Attorney & Counselor At Law
134 E. Price Road
Brownsville, Texas 78521
Phone: 956-544-6882
Fax: 956-544-6883

**ATTORNEYS FOR PLAINTIFF**

A. Erin Dwyer, Esq.
State Bar No. 06302700

Figari, Davenport & Graves
901 Main Street, Suite 3400
Dallas, Texas
Phone: 214-939-2000
Fax: 214-939-2090

**ATTORNEYS FOR LINCOLN
HARRIS, L.L.C.**

Thomas Sullivan, Esq.
State Bar No. 19491800

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, TX 78520
Phone: 956-544-7110
Fax: 956-544-0607

**ATTORNEYS FOR COLUMBIA VALLEY
REGIONAL MEDICAL CENTER**

**AGREED:**

---

**Michael L. Hood, Esq.**
State Bar No. 09943435
Fed. I.D. # 14753

HAYNES AND BOONE, L.L.P.
3100 Bank of America Plaza
901 Main Street
Dallas, Texas 75202-3714
Telephone: (214) 651-5000
Telecopier: (214) 651-5490

**ATTORNEYS FOR MEDICAL OFFICE
BUILDINGS OF TEXAS, L.P.**

---

**Ricardo M. Adobbati, Esq.**
State Bar No. 00790208
County I.D. # 442401
Fed. I.D. # 18158

Attorney & Counselor At Law
134 E. Price Road
Brownsville, Texas 78521
Phone: 956-544-6882
Fax: 956-544-6883

**ATTORNEYS FOR PLAINTIFF**

---

**A. Erin Dwyer, Esq.**
State Bar No. 06302700

Figari, Davenport & Graves
901 Main Street, Suite 3400
Dallas, Texas
Phone: 214-939-2000
Fax: 214-939-2090

**ATTORNEYS FOR LINCOLN
HARRIS, L.L.C.**

---

**Thomas Sullivan, Esq.**
State Bar No. 19491800

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, TX 78520
Phone: 956-544-7110
Fax: 956-544-0607

**ATTORNEYS FOR COLUMBIA VALLEY
REGIONAL MEDICAL CENTER**

---

AGREED ORDER WITHDRAWING NOTICE OF REMOVAL, WITHDRAWING
MOTION FOR REMAND AND REMANDING CASE TO STATE COURT             PAGE 3
1091556.1

Jan-15-03 03:18pm From-Figari Davenport & Graves,L.L.P 214)88 214 939 2090 T-846 P 003/003 F-434

**AGREED:**

_____
Michael L. Hood, Esq.
State Bar No. 09943435
Fed. I.D. # 14753

HAYNES AND BOONE, L.L.P.
3100 Bank of America Plaza
901 Main Street
Dallas, Texas 75202-3714
Telephone: (214) 651-5000
Telecopier: (214) 651-5490

ATTORNEYS FOR MEDICAL OFFICE
BUILDINGS OF TEXAS, L.P.

_____
A. Erin Dwyer, Esq.
State Bar No. 06302700

Figari, Davenport & Graves
901 Main Street, Suite 3400
Dallas, Texas
Phone: 214-939-2000
Fax: 214-939-2090

ATTORNEYS FOR LINCOLN
HARRIS, L.L.C.

_____
Ricardo M. Adobbati, Esq.
State Bar No. 00790208
County I.D. # 442401
Fed. I.D. # 18158

Attorney & Counselor At Law
134 E. Price Road
Brownsville, Texas 78521
Phone: 956-544-6882
Fax: 956-544-6883

ATTORNEYS FOR PLAINTIFF

_____
Thomas Sullivan, Esq.
State Bar No. 19491800

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, TX 78520
Phone: 956-544-7110
Fax: 956-544-0607

ATTORNEYS FOR COLUMBIA VALLEY
REGIONAL MEDICAL CENTER

**AGREED:**

---

Michael L. Hood, Esq.
State Bar No. 09943435
Fed. I.D. # 14753

HAYNES AND BOONE, L.L.P.
3100 Bank of America Plaza
901 Main Street
Dallas, Texas 75202-3714
Telephone: (214) 651-5000
Telecopier: (214) 651-5490

ATTORNEYS FOR MEDICAL OFFICE
BUILDINGS OF TEXAS, L.P.

---

Ricardo M. Adobbati, Esq.
State Bar No. 00790208
County I.D. # 442401
Fed. I.D. # 18158

Attorney & Counselor At Law
134 E. Price Road
Brownsville, Texas 78521
Phone: 956-544-6882
Fax: 956-544-6883

ATTORNEYS FOR PLAINTIFF

---

*/s/ Thomas Sullivan/*

Thomas Sullivan, Esq.
State Bar No. 19491800

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, TX 78520
Phone: 956-544-7110
Fax: 956-544-0607

ATTORNEYS FOR COLUMBIA VALLEY
REGIONAL MEDICAL CENTER

---

A. Erin Dwyer, Esq.
State Bar No. 06302700

Figari, Davenport & Graves
901 Main Street, Suite 3400
Dallas, Texas
Phone: 214-939-2000
Fax: 214-939-2090

ATTORNEYS FOR LINCOLN
HARRIS, L.L.C.

---

AGREED ORDER WITHDRAWING NOTICE OF REMOVAL, WITHDRAWING
MOTION FOR REMAND AND REMANDING CASE TO STATE COURT    PAGE 3
1091556.1