# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 0 2003

Michael N. Milby
Clerk of Court

## ORDER

| | | |
|---|---|---|
| J. RAUL RODRIGUEZ AND<br>JUAN I. RODRIGUEZ, M.D. | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-157 |
| MEDICAL OFFICE BUILDINGS OF TEXAS,<br>L.P. LINCOLN HARRIS, L.L.C. AND<br>COLUMBIA VALLEY REGIONAL<br>MEDICAL CENTER | § § § § | |

TYPE OF CASE:     __X__ CIVIL                           ____ CRIMINAL

TAKE NOTICE that the HEARING ON PLAINTIFFS' MOTION FOR REMAND set for FEBRUARY 14, 2003 at 1:30 P.M. in this case has been **PASSED**.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    FEBRUARY 11, 2003

TO:    MR. RICARDO ADOBBATI
       MR. MICHAEL HOOD
       MR. MICHAEL KING
       MR. THOMAS SULLIVAN
       MR. A. ERIN DWYER

